IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MARIO MARQUEZ,
          Plaintiff,

v.                                              No. CV-10-1061 CG

MICHAEL J. ASTRUE,
Commissioner of Social Security,

          Defendant.

## JUDGMENT

Pursuant to the *Memorandum Opinion and Order* (Doc. 23) entered concurrently herewith, the Court enters this *Judgment* pursuant to FED. R. CIV. P. 58, **GRANTING** Plaintiff's *Motion to Reverse or Remand Administrative Agency Decision* (Doc. 15) and **REMANDING** this case to the Commissioner of Social Security for further proceedings consistent with the *Memorandum Opinion and Order* (Doc. 20).

    **IT IS SO ORDERED.**

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE